FILED 24 JUL '20 07:06 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:20-cr-00259-AA |
| v. | INDICTMENT |
| DALLAS BRADLEY-OLSON, | 18 U.S.C. § 922(g)(1) |
| Defendant. | Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Felon in Possession of a Firearm)**
**(18 U.S.C. § 922(g)(1))**

On or about April 4, 2020, in the District of Oregon, defendant **DALLAS BRADLEY-OLSON**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Burglary I, in the Circuit Court of the State of Oregon for the County of Coos, Case Number 11CR1472, on or about December 2, 2012; and,

(2) Burglary II, in the Circuit Court of the State of Oregon for the County of Coos, Case Number 12CR1193, on or about November 12, 2013;

did knowingly and unlawfully possess the following firearms,

(1) a .22 Colt pistol, Government Model; and,

(2) a .22 Winchester rifle, Model 69A;

which had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms listed in Count 1, and three rounds of .22 ammunition.

Dated: July 23, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Jeffrey S. Sweet*

JEFFREY S. SWEET
Assistant United States Attorney

